**No. 11-7311. Soton Chan, Petitioner v. Robert H. Trimble, Acting Warden.**

565 U.S. 1163, 132 S. Ct. 1104, 181 L. Ed. 2d 989, 2012 U.S. LEXIS 836.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 449 Fed. Appx. 614.

**No. 11-7316. Sean Casey, Petitioner v. Florida Department of Corrections.**

565 U.S. 1163, 132 S. Ct. 1136, 181 L. Ed. 2d 989, 2012 U.S. LEXIS 815.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7319. Michael Madayag, Petitioner v. Michael S. Evans, Warden, et al.**

565 U.S. 1163, 132 S. Ct. 1104, 181 L. Ed. 2d 989, 2012 U.S. LEXIS 897.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 442 Fed. Appx. 354.

**No. 11-7326. Edward Goldwater, Petitioner v. Arizona.**

565 U.S. 1163, 132 S. Ct. 1104, 181 L. Ed. 2d 989, 2012 U.S. LEXIS 769.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 11-7333. Angela Denise Nails, Petitioner v. Ultimate Business Solutions.**

565 U.S. 1163, 132 S. Ct. 1104, 181 L. Ed. 2d 989, 2012 U.S. LEXIS 805,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7347. Devaughn Jherelle Hall, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 1163, 132 S. Ct. 1105, 181 L. Ed. 2d 989, 2012 U.S. LEXIS 802.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 354.

**No. 11-7348. Francis Hannon, Petitioner v. Jeffrey Beard.**

565 U.S. 1163, 132 S. Ct. 1105, 181 L. Ed. 2d 989, 2012 U.S. LEXIS 833.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 645 F.3d 45.